UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS

07 FEB 23 PM 3: 37

SOUTHERN
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| JAMES R. RECKER, II ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | 1: 07-cv- 0245 -JDT -WTL |
| MEDICREDIT, INC. ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF'S COMPLAINT FOR DAMAGES

Comes now the Plaintiff, James R. Recker, II, by counsel, James R. Recker, and for his Complaint for Damages against the Defendant, MEDICREDIT, INC. and in support of same, states and alleges as follows:

1. This action is authorized and brought pursuant to 15 U.S.C.A. 1692, Title VIII of the Consumer Protection Act, known as the Fair Debt Collection Practices Act (FDCPA), to address a violation of Plaintiff's rights thereof;

2. Plaintiff, James R. Recker, II, is an adult, United States citizen residing at 6104 Carvel Avenue, 2A, in the City of Indianapolis, County of Marion, State of Indiana which is located in the Southern District of Indiana. Plaintiff, James R. Recker, II, is a debtor within the meaning of that term as contemplated by the Fair Debt Collection Practices Act (FDCPA);

3. Defendant, MEDICREDIT, INC., is a third party debt collector and is covered by the Fair Debt Collection Practices Act;

4. On or about February 3, 2007 Defendant, MEDICREDIT, INC., initiated a telephone call to Plaintiff at his residence in an attempt to collect an alleged consumer debt on behalf of St. Vincent's Emergency Physicians, Inc. That was the initial communication.

5. On or about Feb 5, 2007, Defendant, MEDICREDIT, INC. by its employee identified as Ms. Bell placed another telephone call to Plaintiff in an attempt to collect the debt. Plaintiff spoke with Ms. Bell;

6. On or about Feb. 20, 2007, Defendant, MEDICREDIT, INC., by its employee, Mary Boggess, again contacted Plaintiff by telephone in an attempt to collect the debt. Plaintiff spoke with Ms. Boggess;

7. Defendant, MEDICREDIT, INC. did not provide a written communication within five day of the initial telephone communication of Feb. 3, 2007 containing the statutory language required pursuant to the FDCPA advising the Debtor of his rights under the Act;

8. Defendant, MEDICREDIT, INC. has not provided any written communication containing the statutory language required pursuant to the FDCPA advising the Debtor of his rights under the Act;

9. That the actions of the Defendant MEDICREDIT, INC. constitute unfair collection practices;

10. As a result of the unlawful collection practices of the Defendant, MEDICREDIT, INC., Plaintiff's rights under 15 U.S.C.A. 1692, have been violated and Plaintiff has been damaged thereby.

WHEREFORE, Plaintiff prays that damages be awarded to the Plaintiff and against the Defendant, pursuant to the applicable provisions of the Fair Debt Collection Practices Act, for reasonable attorney fees, and for all other relief just and appropriate in the premises.

Respectfully submitted,

James R. Recker
Attorney at Law
#22233-49
6104 Carvel Avenue, Suite 2A
Indianapolis, Indiana 46220
(317) 479-1470
jamesrecker@justice.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served upon the Defendant, MEDICREDIT, INC., through its registered agent, Corporation Service Company, 251 East Ohio St, Ste 500, Indianapolis, IN 46204 by placing same in Certified First Class United States Mail, return receipt requested, postage paid this 23rd day of Feb. 2007.

James R. Recker