UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOIS DIVISION

| | |
|---|---|
| JAMES R. RECKER, II | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause:  1:07-CV-0245-JDT-WTL |
| MEDICREDIT, INC | ) |
| | ) |
| Defendant | ) |

**ORDER**

Plaintiff, James R. Recker, II, by counsel, having made his motion to dismiss and the Court being duly advised now GRANTS the motion and ORDERS the above cause DISMISSED with prejudice.  Costs to be paid by the respective parties.

All of which is ORDERED this __20th__ day of __June__, 2007

_____
John Daniel Tinder, Judge
United States District Court